No. 10-7786. John D. Simpson, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections, et al.

562 U.S. 1210, 131 S. Ct. 1483, 179 L. Ed. 2d 293, 2011 U.S. LEXIS 1285.

February 22, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari

to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 385 Fed. Appx. 349.